UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

IN RE
KENTRELL D. WELCH,

Case No. 3:24-cv-00140-MMD-CSD

**ORDER**

## I. DISCUSSION

On March 21, 2024, Kentrell D. Welch, an inmate in the custody of the Nevada Department of Corrections, submitted an application to proceed *in forma pauperis* (ECF No. 1). Welch did not file a complaint or any other documents. Under Federal Rule of Civil Procedure 3, "[a] civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. As such, the Court grants Plaintiff **until May 13, 2024**, to submit a complaint to this Court.

## II. CONCLUSION

For the foregoing reasons, it is ordered that Plaintiff will submit a complaint to this Court on or before **May 13, 2024**.

It is further ordered that the Clerk of the Court will send to Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complaint.

DATED THIS <u>11th</u> day of <u>April</u> 2024.

_____
UNITED STATES MAGISTRATE JUDGE