UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

IN RE
KENTRELL D. WELCH,

Case No.  3:24-cv-00140-MMD-CSD

**ORDER**

## I.      DISCUSSION

On March 21, 2024, Kentrell D. Welch, an inmate in the custody of the Nevada Department of Corrections, initiated this case by submitting an application to proceed *in forma pauperis*. (ECF No. 1). Welch did not file a complaint or any other documents. The Court directed Plaintiff to file a complaint by **May 13, 2024**. (ECF No. 5). Plaintiff has filed a motion requesting an extension until June 10, 2024, to file a complaint. (ECF No. 6). Plaintiff states that he needs time "to finish preparation, research, in order to file the complaint." (*Id.*).

Plaintiff is a frequent filer in this Court, having brought well over a dozen cases. Plaintiff knows that to initiate a case he must file a complaint and either file an application to proceed *in forma pauperis* or pay the filing fee. Plaintiff does not explain why he initiated this case when he had no complaint ready to file or why the Court should keep this case open rather than dismissing it without prejudice, which would allow Plaintiff to file a new case whenever he is ready. Nonetheless, in light of Plaintiff's *pro se* status, the Court will give him an extension until May 29, 2024, to file a complaint. The Court does not anticipate granting any further extensions for Plaintiff to file a complaint. If Plaintiff does not file a complaint by that deadline, this case will be subject to dismissal without prejudice. Alternatively, Plaintiff may file a motion to dismiss this case without prejudice and initiate a new case whenever he is able to file a complaint.

## II.     CONCLUSION

For the foregoing reasons, it is ordered that Plaintiff's motion for an extension to file his complaint (ECF No. 6) is GRANTED in part and DENIED in part. Plaintiff will file a complaint on or before **May 29, 2024**.

1       Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complaint.

DATED THIS <u>15th</u> day of <u>May</u> 2024.

_____
UNITED STATES MAGISTRATE JUDGE