UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KENTRELL D. WELCH, | Case No. 3:24-cv-00140-MMD-CSD |
| Plaintiff, | **ORDER** |
| v. | |
| BENSON, *et al.*, | |
| Defendants. | |

On October 18, 2024, the Court screened Plaintiff Kentrell Welch's civil-rights complaint, dismissing the Complaint without prejudice and granting leave to amend certain claims by November 18, 2024.[1] (ECF No. 9.) Before that deadline expired, Plaintiff moved to extend it to December 2, 2024. (ECF No. 10.) The Court finds good cause to extend the deadline as requested.

It is therefore ordered that Plaintiff's motion for an extension of time (ECF No. 10) is **GRANTED**.

It is further ordered that Plaintiff has until **December 2, 2024**, to file a First Amended Complaint in compliance with the Court's October 18, 2024, screening order.

It is further ordered that, if Plaintiff chooses not to file an amended complaint, this action will be subject to dismissal without prejudice for failure to state a claim.

DATED: November 19, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The deadline was 30 days from entry of the screening order (ECF No. 9 at 11), and because the last day of that period fell on Sunday, November 17, 2024, the deadline extended through the next day, November 18, 2024. *See* Fed. R. Civ. P. 6(a)(1)(C).